# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.

SEEWCHAND SAHADEO

*Defendant(s)*

Case No. 8:17MJ1188 (AEP)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 9, 2017 in the county of Hillsborough in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18:1326(a)(b)(1) | Illegal alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Scott Spicciati, Deportation Officer, ICE-ERO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/10/17

[signature]
*Judge's signature*

City and state: Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Seewchand SAHADEO, a native and citizen of Guyana, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(1).

## FACTS AND CIRCUMSTANCES

4. On March 9, 2017, ICE-ERO officers found SAHADEO in the Hillsborough County Jail, which is within the Middle District of Florida, after the Tampa Police Department arrested him on an outstanding warrant on or about March 6, 2017.

5. Post-*Miranda*, SAHADEO stated that he was a citizen of Guyana who had voluntarily reentered the United States from Canada without permission after deportation. SAHADEO stated that a family member requested permission for his lawful reentry on his behalf, and that he was given an interview to be conducted on or about March 29, 2017, in Guyana. SAHADEO stated that he reentered the United States unlawfully before getting permission because he was concerned about his family and business.

6. I performed a records check using the Central Index System ("CIS") and reviewed the documents contained within SAHADEO's Alien File ("A-File"). Upon reviewing these sources, I determined that SAHADEO is a native and citizen of Guyana and is illegally in the United States. I also found that he had been deported from the United States to Guyana on or about August 19, 2015.

7. Fingerprints taken of SAHADEO were submitted through the Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his removal from the United States. The IAFIS indicates that they are from the same person.

8. Computer record checks also indicate that SAHADEO was convicted of Theft of State Funds >$20,000 but <$100,000, in Hillsborough County, Florida, on or about June 4, 2013.

9. No information exists, either in the A-file or the computer databases, showing that SAHADEO had received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportation.

## CONCLUSION

10. Based on the foregoing facts, I believe there is probable cause to establish that SAHADEO, a citizen and national of Guyana, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a) (b)(1).

______________________________
Scott Spicciati, Deportation Officer,
ICE-ERO

Subscribed and sworn before me
This 10th day of March, 2017.

______________________________
ANTHONY E. PORCELLI
United States Magistrate Judge

*C:\Users\lvito\AppData\Local\Temp\notesCE1A4B\p_Sahadeo Complaint Affidavit.doc*